-UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
March 24, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | Case No. MAG.08-0093-GGH |
| ) | |
| Plaintiff,  ) | |
| v.  ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| VIRGIL SANTA,  ) | |
| ) | |
| Defendant.  ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release MARIA SANTA, Case No. MAG. 08-0093-GGH from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_\_\_   Release on Personal Recognizance

_X_   Bail Posted in the Sum of: $100,000.00.

    _X_   Unsecured Appearance Bond

    \_\_\_   Appearance Bond with Surety

    _X_   (Other) Conditions as stated on the record.

    \_\_\_   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  03/24/08  at 2:74 pm

By  /s/ Edmund F. Brennan
Edmund F. Brennan
United States Magistrate Judge