**FILED**
March 24, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

-UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,     )<br>                               )<br>            Plaintiff,         )<br>v.                             )<br>                               )<br>VIRGIL SANTA,                  )<br>                               )<br>            Defendant.         ) | Case No. MAG.08-0093-GGH<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release MARIA SANTA, Case No. MAG. 08-0093-GGH from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_\_\_   Release on Personal Recognizance

_X_   Bail Posted in the Sum of: $100,000.00.

    _X_   Unsecured Appearance Bond

    \_\_\_   Appearance Bond with Surety

    _X_   (Other) Conditions as stated on the record.

    \_\_\_   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 03/24/08 at 2:44pm

By _____
Edmund F. Brennan
United States Magistrate Judge